01429
0911

DOUGLAS COUNTY, GEORGIA
REAL ESTATE TRANSFER TAX

$ 0   DATE 7-16-01

*Cindy W. Chaffin*
CLERK SUPERIOR COURT

BK    PG
1429  0911

FILED

2001 JUN 15 A 8:21

SUPERIOR COURT
DOUGLAS COUNTY, GA
CINDY W. CHAFFIN, CLK

**RETURN TO:**

AFTER RECORDING RETURN TO:
ATTENTION: JUDY
CARLISLE & BOWEN, ATTORNEYS
675 THORNTON WAY, SUITE A
LITHIA SPRINGS, GA 30122

**WARRANTY DEED**

000835JE
STATE OF GEORGIA, COUNTY OF DOUGLAS

THIS INDENTURE, made the 27th day of December, in the year TWO THOUSAND, between **MILLICENT TIEKU** of the County of DOUGLAS, and State of Georgia, as party or parties of the first part, hereinafter called Grantor, and

**MILLICENT TIEKU AND SAMUEL ORKOH ASINOR AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP**

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits".
WITNESSETH that: Grantor for and in consideration of other good and valuable considerations and the sum of Ten and no/100 ($10.00) Dollars in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee.

ALL THAT TRACT AND PARCEL OF LAND LYING AND BEING IN LAND LOT 576 OF THE 18TH DISTRICT AND 2ND SECTION OF DOUGLAS COUNTY, GEORGIA, AND BEING LOT NO. 124 OF SILVER CREEK RANCH SUBDIVISION, UNIT FIVE, AS SHOWN BY PLAT OF SAID SUBDIVISION RECORDED IN THE REAL PROPERTY RECORDS OF DOUGLAS, COUNTY, GEORGIA, IN PLAT BOOK 22, PAGE 120; SAID PLAT BEING MADE A PART HEREOF BY THIS REFERENCE THERETO FOR A MORE COMPLETE DESCRIPTION OF THE METES AND BOUNDS, COURSES AND DISTANCES OF SAID PROPERTY.

THIS CONVEYANCE IS MADE SUBJECT TO THAT CERTAIN SECURITY DEED FROM MILLICENT TIEKU TO OPTION ONE MORTGAGE CORPORATION, DATED DECEMBER 27, 2000, RECORDED IN DEED BOOK 1379, PAGE 0860, DOUGLAS COUNTY, GEORGIA RECORDS.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.
AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.
IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year above written.

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____
Notary Public

_Millicent Tieku_ (Seal)
MILLICENT TIEKU

_____ (Seal)

_____ (Seal)

AUG 1 3 2001
RECORDED
CINDY W. CHAFFIN, CLERK
SUPERIOR COURT, DOUGLAS CO., GA

EXHIBIT A