```
Doc ID: 002448380001 Type: GLR
Filed: 05/30/2008 at 12:50:00 PM
Fee Amt: $5.00 Page 1 of 1
Douglas County Georgia
RHONDA G PAYNE Clerk Superior Court
BK 2705 PG 272
```

FILED

2008 MAY 30 P 12:50

SUPERIOR COURT
DOUGLAS COUNTY, GA
RHONDA G PAYNE CLK

14

Our File No.: 5893408-FT4
Debtor: Millicent Tieku and Samuel Orkoh Asinor
Sale Date: 06/03/2008

Return to
Prommis Solutions, LLC
1544 Old Alabama Road
Roswell, GA 30076

## ASSIGNMENT

STATE OF

COUNTY OF

For value received, Mortgage Electronic Registration Systems, Inc. has this day transferred, sold, assigned, conveyed and set over to Bank of New York as Trustee for the Certificate Holders, whose address is 7105 Corporate Drive, Mail Stop PTX-C-35, Plano, TX 75024, as Assignee, its successors, representatives and assigns, all its right, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by Millicent Tieku and Samuel Orkoh Asinor to Mortgage Electronic Registration Systems, Inc., dated February 23, 2006, recorded in **Deed Book 2369, Page 633**, Douglas County, Georgia Records.

Property Address: 1026 Silver Moon Trl, Lithia Springs, GA 30122

The Assignor herein specifically transfers, sells, conveys and assigns to the above Assignee, its successors, representatives and assigns, the aforesaid Security Deed, the property described therein, the indebtedness secured thereby together with all the powers, options, privileges and immunities therein contained.

The Assignor herein has this day sold and assigned to the Assignee herein the note secured by the aforesaid Security Deed and this transfer is made to secure the Assignee, its successors, representatives and assigns, in the payment of said note.

IN WITNESS WHEREOF, the Assignor has hereunto set its hand and seal this March 11, 2008.

Signed, sealed and delivered
in the presence of:

_____
Unofficial Witness

_____
Notary Public
My Commission Expires: 3/11/12

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _____
Title: Vice President

By: _____
Title: Assistant Secretary
(Corporate Seal)

RECORDED

JUN 17 2008

_____
Superior & State Court
Douglas County, GA

EXHIBIT C